

# United States District Court
## Southern District of Florida

CASE NUMBER: CR: ~~14-CR-80031-KAM~~
14-2465-GARBER

UNITED STATES OF AMERICA
   Plaintiff

VS.

Yarb Mwaffaq Jamel Al-Ethary
   Defendant

REPORT COMMENCING CRIMINAL ACTION

USMS NUMBER: 04981-104

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

(CIRCLE ONE)   MIAMI   FT. LAUDERDALE   W. PALM BEACH

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICABLE, MARK N/A

(1) DATE AND TIME OF ARREST: 4/22/14   A.M. ____  P.M. ✓
(2) LANGUAGE SPOKEN: English
(3) OFFENSE CHARGED: Material Witness
(4) DATE OF BIRTH: 3/20/85
(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
   { } COMPLAINT TO BE FILED/ALREADY FILED
   { } INDICTMENT
   { } BENCH WARRANT FOR FAILURE TO APPEAR
   { } PROBATION VIOLATION WARRANT
   { } PAROLE VIOLATION WARRANT
   ORIGINAL DISTRICT: S/FL

(6) REMARKS: ____
(7) DATE: ____   (8) ARRESTING OFFICER: ____
                                         (10) PHONE: ____
(9) AGENCY: ____
(11) COMMENTS: ____