# MINUTE ORDER

Page 9

## Magistrate Judge William C. Turnoff

Atkins Building Courthouse - 11th Floor          Date: 04/23/14    Time: 02:00 PM

Defendant: Yarb Jamel Al-Ethary          J#: 04981-104   Case #: ~~14-80031-CR-MARRA(s)~~ 14-2465-BLG
AUSA: Ben Widlanski          Attorney: Todd Yoder, Esq. (Perm.)
Violation: MATERIAL WITNESS
Proceeding: Initial Appearance          CJA Appt:
Bond/PTD Held:  ☐ Yes  ☒ No     Recommended Bond:
Bond Set at: No Bond          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Arabic

Disposition:
△ Advised.

Deposition set for date in May as stated on the record.

Arabic Interpreter Ordered for 5/8/14 (LW)

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
(Status Conference RE: Deposition:) 5/8/14 @ 10:00am (Duty/MIA)
D.A.R. 14:13:11 / 14:14:22 / 14:31:51        Time in Court: 10 mins.

s/William C. Turnoff                             Magistrate Judge