UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. ~~14-CR-80031-MARRA(s)~~
14-2465-GARBER

UNITED STATES OF AMERICA,

v.

Yarb Al-Ethary

NOTICE OF Permanent APPEARANCE AS COUNSEL

COMES NOW TODD YODER, ESQ and files this temporary appearance as counsel for the above named defendant(s) at initial appearance. This appearance is made with the **understanding** that the undersigned counsel will fulfill any **obligations imposed** by the Court such as **preparing and filing documents** necessary to collateralize any personal surety bond which may be set.

Counsel's Signature _____

Date: 4/23/2014

Counsel's Name (Printed) TODD YODER

Florida Bar Number (Required) 71263

Address  267 Minorca Ave #100
Coral Gables, FL ~~~~   Zip Code: 33134

Telephone (786) 369.5447
Fax 786 369 0915