# COURT MINUTES

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 5/8/14     Time: 10:00 A.M.

---

Defendant: Yarb Al-Ethary          J#: 04981-104     Case #: 14-2465-GARBER
AUSA: _Martinez_          Attorney: TOD C. YODER
Violation: MATERIAL WITNESS
Proceeding: STATUS RE: DEPOSITION          CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No     Recommended Bond:
Bond Set at: "NO BOND"          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ___ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ___
- ☐ Other: ___

Language: _Arabic_

Disposition: _No show by Defense counsel_

_matter reset_

---

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE: _Depo_ _6/4_ _10:00am_ _Duty_ _Miami_
D.A.R. _10:16:38_          Time in Court: _3 min_
_10:04:51_