UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                                        CASE NO. 14-mj-02465-BLG
YARB MWAFFAQ JAMEL AL-ETHARY

    a Material Witness.                                **NOTICE OF APPEARANCE AS**
                                                                              **ATTORNEY OF RECORD**
_____//

TO THE CLERK OF THE ABOVE COURT:

    PLEASE TAKE NOTICE that GLENN B. KRITZER, ESQ., hereby appears as attorney of record for YARB MWAFFAQ JAMEL AL-ETHARY. This is not an appearance for any appellate purpose.

    Respectfully submitted,

    s/Glenn B. Kritzer
    Glenn B. Kritzer (Florida Bar No. 302813)
    GlennBKritzerEsq@aol.com

    GLENN B. KRITZER, ESQ.
    Fla. Bar No. 302813
    Attorney for Witness
    2333 Brickell Avenue, Suite A1
    Miami, Florida 33129
    (305) 381-9100
    (305) 381-6785 (Facsimile)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this 28th day of May, 2014, on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    s/Glenn B. Kritzer
    GLENN B. KRITZER