# COURT MINUTES

Page 2

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor        Date: 6/9/14        Time: 10:00 A.M.

Defendant: Yarb Jamel Al-Ethary        J#: 04981-104        Case #: 14-2465-Garber
AUSA: Vanessa Johannes        Attorney: Glenn Kritzer
Violation: Material Witness
Proceeding: S/C Re: Deposition        CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No        Recommended Bond:
Bond Set at: No Bond        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ____
- ☐ Other: ____

Language: Arabic  *English for all future hrgs.

Disposition: Per defense counsel, Arabic interpreter not needed for future hearings. Clerk to modify ECF language to English. (Done)

Cont. of depo tomorrow. Order of dismissal should be presented to the Court prior to the s/c, if applicable.

**NEXT COURT APPEARANCE**  Date:        Time:        Judge:        Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE: Depo 6/11 @ 10Am ✓
D.A.R. 10:04:55 / 10:41:17        Time in Court: 3