# COURT MINUTES

## Magistrate Judge John O'Sullivan

Atkins Building Courthouse - 5th Floor  *released*   Date: 6/11/14   Time: 10:00 A.M.

Defendant: Yarb Jamel Al-Ethary   J#: 04981-104   Case #: 14-2465-GARBER

AUSA: *Rick Del Toro*   Attorney: GLENN KRITZER

Violation: MATERIAL WITNESS COMPLAINT

Proceeding: STATUS RE DEPOSITION   CJA Appt:

Bond/PTD Held: ☐ Yes   ☐ No   Recommended Bond:

Bond Set at: NO BOND   Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

Language: English

☐ Report to PTS as directed/or ____ x's a week/month by phone: ____ x's a week/month in person

Disposition:

Order of Dismissal entered.

Defendant released.

☐ Random urine testing by Pretrial Services ____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew ____ pm to ____ am, paid by ____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: ____

☐ Other: ____

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. ~~10:13:47~~ 10:12:23/10:13:47   Time in Court: 2