UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-2465-BLG

IN RE: YARB MWAFFAQ
JAMEL AL-ETHARY,

     A Material Witness.
_____/

**ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Florida hereby dismisses without prejudice the Material Witness Complaint against the above-named material witness.

                                    Respectfully submitted,

                                    WIFREDO A. FERRER
                                    UNITED STATES ATTORNEY

cc:    U.S. Marshal Service
       Chief Probation Officer
       Pretrial Services

Leave of Court is granted for the filing of the foregoing Dismissal.

DATE: 6/11/14

HONORABLE ~~JONATHAN~~ O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

John